made to make a definite and specific charge of the act which was negligent on the part of the defendant, we think it committed an error.  He left the jury to surmise or guess upon the whole evidence that the defendant had been guilty without being required to find any specific act of negligence or omission.

In *Harmon* v. *The Washington & Georgetown R. R. Co.* (18 D. C. 255 ; S. C., 2 Am. Neg. Cas. 302) it was said that an instruction which leaves the question of negligence to the jury without any guidance, or giving them any rule for determining it, is erroneous and should not be granted.

In *Harley* v. *Buffalo Car Mfg. Co.* (142 N. Y. 31) it was said : "The master does not guarantee the safety of his servants.  He is not bound to furnish them an absolutely safe place to work in, but is bound simply to use reasonable care and prudence in providing such a place.  *  *  *  It is culpable negligence which makes the master liable, not a mere error of judgment."

In the course of the opinion delivered in *Perry* v. *Rogers* (157 N. Y. 251) it was said : "The law is reasonable and does not require impossibilities, and work along any part of the face of this precipice of one hundred feet in height could not, in the very nature of things, be in a safe place."  The intestate had been in and about the work a sufficient length of time to become conscious of all the dangers incident to the work that was being carried on.

We think the instruction was too vague and the refusal to make it definite and certain was error, and that the exceptions to which we have referred present error requiring us to order a new trial.

All concurred.

Judgment and order reversed and a new trial ordered, with costs to the appellant to abide the event.

### SAME *v.* SAME.

Inasmuch as we have reversed the judgment entered upon the verdict, it is not necessary at this time to pass upon the question raised in respect to the interest allowed thereon, and the order in respect to the interest is, therefore, set aside.

All concurred.

Order relating to the interest set aside, without costs to either party.